**Slip Op. 02-145**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |  |
|---|---|---|
| SHINYEI CORPORATION OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 94-05-00271 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
|  | : | |

_____

**J U D G M E N T**

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") <u>Final Results of Redetermination Pursuant to Court Remand</u> ("Remand Results") in <u>Shinyei Corp. of America v. United States</u>, 2002 Ct. Intl. Trade LEXIS 73, Slip Op. 02-73 (July 25, 2002), and Commerce having complied with the Court's Remand Order, and no responses to the Remand Results having been submitted by plaintiff, it is hereby

**ORDERED** that the Remand Results filed by Commerce on October 21, 2002, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
Senior Judge

Dated: December 10, 2002
New York, New York